1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    Case No.: SA 11-305M
                                        )
12              Plaintiff,              )    ORDER OF DETENTION [8 U.S.C. § 1326]
                                        )    [flight & danger]
13        vs.                           )
                                        )
14   JAVIER RESENDIZ RANGEL, aka        )
     Carlos Javier Ramos               )
15                                      )
                Defendant.              )
16  _____)

17

18        Before the Court is the Government's request for an order detaining the defendant on the ground

19   that there is a serious risk defendant will flee. The Government is not entitled to a rebuttable presumption

20   that no condition or combination of conditions will reasonably assure defendant's appearance as required

21   and the safety or any person or the community.

22        The Court has considered all of the evidence adduced at the hearing and the arguments and/or

23   statements of counsel. The Court has also considered: (1) the nature and circumstances of the offenses;

24   (2) the weight of evidence against the defendant; (3) the history and characteristics of the defendant; and

25   (4) the nature and seriousness of the danger to any person or the community.

26

27

28

                              Page 1 of 2

FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY  Sh-        DEPUTY

1    The Court finds that no condition or combination of conditions will reasonably assure the

2    defendant's appearance as required and the safety of the community, and that the defendant is a flight risk

3    and danger to the community because of the following factors:

4                      (X)  status as an illegal alien,

5                      (X) insufficient bail resources,

6                      (X) insufficient ties to the local community and strong ties to a foreign country,

7                      (  ) current state custodial status,

8                      (X) use of multiple name variations,

9                      (  ) prior failure to appear,

10                     (X) use of more than one birth date,

11                     (X)  unstable/lack of employment history,

12                     (  ) prior violation of probation/parole with revocation,

13                     (X) extensive criminal history,

14                     (  ) history of illegal drug use or substance abuse,

15                     (X)  prior deportation,

16                     (X) active restraining order, and

17                     (X )    Pretrial Services's report and recommendation to detain the defendant for the

18                              reasons set forth in the Pretrial Services's report.

19           IT IS THEREFORE ORDERED that defendant be: (1) detained prior to trial and committed to

20   the custody of the Attorney General for confinement in a corrections facility separate, to the extent

21   practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and (2)

22   afforded reasonable opportunity for private consultation with counsel.   IT IS FURTHER ORDERED

23   that, on order of a Court of the United States or on request of any attorney for the Government, the person

24   in charge of the corrections facility in which defendant is confined deliver defendant to a United States

25   marshal for the purpose of an appearance in connection with a court proceeding.

26

     Dated:  June 16, 2011

27                                                    _____/s/   Arthur Nakazato_____
                                                           ARTHUR NAKAZATO
28                                                     UNITED STATES MAGISTRATE JUDGE

                                          Page 2 of 2